Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>GLAXOSMITHKLINE LLC and GLAXOSMITHKLINE LLC f/k/a GLAXO WELLCOME,<br><br>Defendants. | Adv. Proc. No. 22-02059 (PRW) |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the

RDC Liquidating Trust, and defendants Glaxosmithkline LLC and Glaxosmithkline LLC f/k/a

Glaxo Wellcome (together, the "**Parties**"), have entered into a settlement agreement that resolves

the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: May 26, 2023 | Dated: May 26, 2023 |
| PACHULSKI STANG ZIEHL & JONES LLP | MORGAN, LEWIS & BOCKIUS LLP |
| */s/ Ilan D. Scharf* | */s/ Nakisha Duncan* |
| Bradford J. Sandler (NY Bar No. 4499877)<br>Ilan D. Scharf (NY Bar No. 4042107)<br>Jason S. Pomerantz (CA Bar No. 157216)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Email: bsandler@pszjlaw.com<br>        ischarf@pszjlaw.com<br>        jspomerantz@pszjlaw.com<br><br>*Counsel to Plaintiff RDC Liquidating Trust* | John C. Goodchild, III (PA Bar No. 564398)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Email: john.goodchild@morganlewis.com<br><br>-and-<br><br>Nakisha Duncan (TX Bar No. 5618996)<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>Telephone: (713) 963-5000<br>Email: nakisha.duncan@morganlewis.com<br><br>*Counsel to Defendants Glaxosmithkline LLC and Glaxosmithkline LLC f/k/a Glaxo Wellcome* |

SO ORDERED

DATED: _____, 2023  
       Rochester, New York

_____  
HON. PAUL R. WARREN  
United States Bankruptcy Judge